UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA HAMMOND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNICARE, INC.; DOES 1 – 100,<br><br>　　　　Defendants. | CASE NO. 1:15-CV-01065 --- JLT<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br>(Doc. 7)<br><br>ORDER STRIKING "FIRST AMENDED COMPLAINT AGAINST EVA HAMMOND"<br>(Doc. 5) |

Before the Court is a stipulation of counsel allowing the filing of a first amended complaint. (Doc. 7)  Notably, at the same time as the filing of the stipulation, Plaintiff filed two documents; one entitled "First Amended Complaint against Eva Hammond" (Doc. 5) and one entitled "First Amended Complaint against Omnicare, Inc." (Doc. 6).  It appears the second filing was made due to the error in docketing in which Plaintiff indicated the complaint was filed *against* her rather than being filed *by* her.  Therefore, the Court **ORDERS**:

　　1.　The stipulation (Doc. 7) to file the first amended complaint (Doc. 6) is **GRANTED**;

　　2.　The document entitled "First Amended Complaint against Eva Hammond" (Doc. 5) is **STRICKEN**;

///

1

3. The operative pleading is First Amended Complaint against Omnicare, Inc." (Doc. 6).

IT IS SO ORDERED.

Dated: **August 7, 2015**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

2