# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA HAMMOND,<br><br>        Plaintiff,<br><br>   v.<br><br>OMNICARE, INC.; DOES 1 – 100,<br><br>        Defendants. | CASE NO. 1:15-CV-01065 JLT<br><br>ORDER GRANTING STIPULATION TO REMAND THE MATTER TO THE KERN COUNTY SUPERIOR COURT<br><br>(Doc. 10) |

Before the Court is a stipulation of counsel seeking to remand the matter to Kern County Superior Court. (Doc. 10)  Good cause appearing, the Court **ORDERS**:

1. The stipulation (Doc. 10) to remand the matter to the Kern County Superior Court is **GRANTED**;

3. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **September 9, 2015**                    **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE